# Supreme Court of Florida

_____

No. SC2025-0017

_____

**IN RE: AMENDMENTS TO RULES REGULATING THE
FLORIDA BAR – RULES 6-3.5 AND 6-3.6.**

November 20, 2025

PER CURIAM.

The Florida Bar has filed a petition and supplemental petition proposing amendments to Rules Regulating The Florida Bar 6-3.5 (Standards for Certification) and 6-3.6 (Recertification).[1]

The Florida Bar's Board of Governors approved the initial proposed amendments, and the Bar published them for comment. No comments were received. At the request of the Court, the Bar filed a supplemental petition revising the proposal for consistency with recent rule amendments.

Having considered the Bar's proposal, we amend the Rules Regulating The Florida Bar as revised by the Bar in the

_____

1. We have jurisdiction. _See_ art. V, § 15, Fla. Const.; _see also_ R. Regulating Fla. Bar 1-12.1.

supplemental petition. These amendments grant the Board of Legal Specialization and Education the authority to extend the time to complete application requirements for board certification and recertification on request by the executive director or board of governors for good cause shown.

Accordingly, the Rules Regulating The Florida Bar are amended as reflected in the appendix to this opinion. New language is indicated by underscoring. The amendments shall become effective January 20, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules Regulating The Florida Bar

Rosalyn Sia Baker-Barnes, President, Michael Fox Orr, President-elect, Joshua E. Doyle, Executive Director, Elizabeth Clark Tarbert, Division Director, Lawyer Regulation, and Kelly N. Smith, Senior Attorney, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

**RULE 6-3.5.    STANDARDS FOR CERTIFICATION**

**(a)-(e)**    [No Change]

**(f) Extensions.** The board of legal specialization and education may adjust the time for completion of the application requirements on the executive director's or board of governors' request for good cause shown, which may include, but is not limited to:

(1) national or regional emergency;

(2) flood, fire, hurricane, extreme weather, or explosion;

(3) disease, epidemic, pandemic, or quarantine;

(4) war, invasion, or terrorist threats or acts;

(5) extended riots, protest, civil unrest, civil strife, or political unrest; or

(6) local, state, federal, or foreign government recommendation, regulation, mandate, order, law, statute, or advisory.

Requests for extensions from individual members will not be considered.

**RULE 6-3.6.    RECERTIFICATION**

**(a)-(g)**    [No Change]

**(h) Extensions.**

(1) The board of legal specialization and education may adjust the time for completion of the application requirements on the executive director's or board of governors' request for good cause shown, which may include, but is not limited to:

(A)  national or regional emergency;

(B)  flood, fire, hurricane, extreme weather, or explosion;

(C)  disease, epidemic, pandemic, or quarantine;

(D)  war, invasion, or terrorist threats or acts;

(E)  extended riots, protest, civil unrest, civil strife, or political unrest; or

(F)  local, state, federal, or foreign government recommendation, regulation, mandate, order, law, statute, or advisory.

(2) The board of legal specialization and education may adjust the time for completion of the application requirements on the applicant's request for undue hardship for good cause shown.